Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

October 19, 2022

Ravi Subramanian, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff

v.

1. JOSE PALEO,
2. OCTAVIO GUZMAN,
3. GLAUCO GUARDADO RODRIGUEZ,
4. ARACELI SALAS,
5. MARIA RANGEL AGUILAR,
6. MIGUEL THOMAS,
7. TAD FULTON,
8. RYAN HOLMQUIST,
9. TIMOTHY HURSH, and
10. RYAN TERRY,

    Defendants.

NO. CR22-180 JCC

INDICTMENT

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, and continuing until at least October 19, 2022, in King County, within the Western District of Washington, and elsewhere, JOSE PALEO, OCTAVIO GUZMAN, GLAUCO GUARDADO RODRIGUEZ, ARACELI SALAS,

Indictment - 1
*United States v. Paleo et al.*
USAO No. 2022R01141

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

OCTAVIO GUZMAN, GLAUCO GUARDADO RODRIGUEZ, ARACELI SALAS, MIGUEL THOMAS, TAD FULTON, RYAN HOLMQUIST, TIMOTHY HURSH, RYAN TERRY, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: methamphetamine, heroin, cocaine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl)], substances controlled under Title 21, United States Code.

The Grand Jury further alleges that with respect to JOSE PALEO, OCTAVIO GUZMAN, GLAUCO GUARDADO RODRIGUEZ, ARACELI SALAS, MIGUEL THOMAS, TAD FULTON, RYAN HOLMQUIST, TIMOTHY HURSH, and RYAN TERRY, and their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

The Grand Jury further alleges that with respect to JOSE PALEO, OCTAVIO GUZMAN, and GLAUCO GUARDADO RODRIGUEZ and their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 400 grams or more of a mixture and substance containing a detectable amount of Fentanyl, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### COUNT 2

**(Possession of Controlled Substances with Intent to Distribute)**

On or about January 8, 2021, in King County, within the Western District of Washington, JOSE PALEO, and others known and unknown, did knowingly and

Indictment - 2
United States v. Paleo et al.
USAO No. 2022R01141

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

intentionally possess, with the intent to distribute, controlled substances, including: methamphetamine, and Fentanyl, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

The Grand Jury further alleges that this offense involved 40 grams or more a mixture and substance containing a detectable amount of Fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B).

## COUNT 3

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about April 28, 2022, in King County, within the Western District of Washington, JOSE PALEO, OCTAVIO GUZMAN, GLAUCO GUARDADO RODRIGUEZ, and others known and unknown, did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, controlled substances, including: methamphetamine, Fentanyl, and heroin, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

Indictment - 3
United States v. Paleo et al.
USAO No. 2022R01141

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that this offense involved 400 grams or more of a mixture and substance containing a detectable amount of Fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT 4

### (Conspiracy to Commit Money Laundering)

Beginning at a time unknown, and continuing until on or about October 19, 2022, in King County, within the Western District of Washington, and elsewhere, JOSE PALEO, GLAUCO GUARDADO RODRIGUEZ, ARACELI SALAS, MARIA RANGEL AGUILAR, and others, known and unknown, unlawfully and knowingly combined, conspired, confederated and agreed together and with each other to commit the certain money laundering offense under Title 18, United States Code Section 1956, as follows:

### 1956(a)(1)(B)(i)

Did knowingly conduct and attempt to conduct financial transactions, that is: transactions involving the movement of funds by wire and other means affecting interstate and foreign commerce, and transactions involving the use of a financial institution which is engaged in and affects interstate and foreign commerce, which involved the proceeds of specified unlawful activity, that is conspiracy to distribute controlled substances, in violation of Title 21, Untied States Code, Sections 841(a)(1), and 846, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of said specified unlawful activity, and that while conducting and attempting to

Indictment - 4
United States v. Paleo et al.
USAO No. 2022R01141

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

### 1956(a)(1)(B)(ii)

Did knowingly conduct and attempt to conduct financial transactions, that is: transactions involving the movement of funds by wire and other means affecting interstate and foreign commerce, and transactions involving the use of a financial institution which is engaged in and affects interstate and foreign commerce, which involved the proceeds of specified unlawful activity, that is, conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), and 846, knowing that the transactions were designed in whole and in part to avoid a transaction reporting requirement under State and Federal law, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(ii).

All in violation of Title 18, United States Code, Section 1956(h).

### FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1, 2 or 3, JOSE PALEO, OCTAVIO GUZMAN, GLAUCO GUARDADO RODRIGUEZ, ARACELI SALAS, MIGUEL THOMAS, TAD FULTON, RYAN HOLMQUIST, TIMOTHY HURSH, RYAN TERRY shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

Indictment - 5
United States v. Paleo et al.
USAO No. 2022R01141

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Upon conviction of the offense alleged in Count 4, JOSE PALEO, GLAUCO GUARDADO RODRIGUEZ, ARACELI SALAS, and MARIA RANGEL AGUILAR shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, or any property traceable to such property.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

//
///
//

Indictment - 6
*United States v. Paleo et al.*
USAO No. 2022R01141

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  it is the intent of the United States to seek the forfeiture of any other property of the
2  defendant, up to the value of the above-described forfeitable property, pursuant to
3  Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 19 October 2022

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
NICHOLAS W. BROWN
United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
CASEY S. CONZATTI
Assistant United States Attorney

Indictment - 7
*United States v. Paleo et al.*
USAO No. 2022R01141

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970