IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CR22-0180-LK |
| RYAN HOLMQUIST, | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 25, 2024 and ending on October 24, 2024. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 25, 2024 at Seattle, WA.

                                                *s/Karyn S. Johnson*
                                                Karyn S. Johnson
                                                AUSA