**EXHIBIT A**

*United States v. Araceli Salas*

**CR22-180 LK**

**(Filed Under Seal)**