UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON-SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br> v. <br><br> RYAN TERRY, <br><br>    Defendant. | No. CR22-180 LK <br><br> SPEEDY TRIAL WAIVER |

Having been informed by my attorney of my right to a speedy trial under the Sixth Amendment to the U.S. Constitution, the Federal Speedy Trial Act, 18 U.S.C sec. 3161et. seq., and the Plan for Prompt Disposition of Criminal Cases promulgated by the U.S. District Court for the Western District of Washington; I do knowingly and voluntarily agree to waive that right, and consent to a continuance of my trial date to August 25, 2025, in order for my attorney to have sufficient time to provide effective representation. This waiver is through September 8, 2025.

I am also aware of my right to be present at any hearing regarding the continuance of my trial date, and I hereby waive that right and request that my attorney, Jeffrey Kradel, be permitted to address any such issues without my presence.

DATED this 9th day of May, 2025.

_____
Ryan Terry

SPEEDY TRIAL WAIVER  - 1

**KRADEL DEFENSE PLLC**
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
jeff@kradeldefense.com